**No. 61578.**—SUIT 4929.—B. R. Anderson & Co. and Hemphill Brothers, Inc. *v.* United States.— ─C. D. 1866. (Appeal dismissed January 6, 1958.)

BEFORE THE FIRST DIVISION, FEBRUARY 26, 1958

**No. 61579.**—Manca, Inc. *v.* United States, protests 263280–K and 268084–K (New York).

· Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiff at 20 percent was sustained.

**No. 61580.**—Manca, Inc., et al. *v.* United States, protests 266993–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61581.**—Manca, Inc., et al. *v.* United States, protests 266995–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts of enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61582.**—E. Leitz, Inc., et al. *v.* United States, protests 276649–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61583.**—S. H. Pomerance Co., Inc. *v.* United States, protest 304079–K (New York).

Opinion by OLIVER, C. J.. In accordance with stipulation of counsel that the merchandise consists of table lighters similar in all material respects to those the subject of Abstract 59275, the claim of the plaintiff was sustained.

**No. 61584.**—Empire Findings Co., Inc. *v.* United States, protest 308288–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 61585.**—Louis Santana and Rietmann Pilcer Co. *v.* United States, protests 166050–K, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

**No. 61586.**—Richter Bros., Inc., et al. *v.* United States, protests 285603–K, etc. (New York).